162 A.3d 837

**DOE**

v.

**ALTERNATIVE MEDICINE MARYLAND**

**Pet. Docket No. 148, Sept. Term, 2017**

Court of Appeals of Maryland.

June 9, 2017

Pending in the Court of Special Appeals (No. 40, Sept. Term 2017).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 98, Sept. Term, 2016.

■

162 A.3d 837

**BANK OF NEW YORK MELLON**

v.

**GEORG**

**Pet. Docket No. 83, Sept. Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2396, Sept. Term, 2015).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 20, Sept. Term, 2017.